UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR274 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JULIO MARIANO-DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 39). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 28, 2009, the Court entered a Preliminary Order of Forfeiture under 18 U.S.C. §§ 922(g)(1) and 924(d) and 28 U.S.C. §§ 2461(c) and 5872, based on the Defendant's guilty plea to Counts I and II of the Indictment. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Sturm Ruger, Mark II, semi-automatic .22 caliber pistol bearing serial number 214-91425 and one .22 caliber Long Rifle cartridge with "REM" stamped on the bottom, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 5, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 9, 2009 (Filing No. 38).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 39) is hereby sustained.

B.  All right, title and interest in and to the Sturm Ruger, Mark II, semi-automatic .22 caliber pistol bearing serial number 214-91425 and one .22 caliber Long Rifle cartridge with "REM" stamped on the bottom, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Sturm Ruger, Mark II, semi-automatic .22 caliber pistol bearing serial number 214-91425 and one .22 caliber Long Rifle cartridge with "REM" stamped on the bottom, are forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 11th day of December, 2009.

**BY THE COURT:**

S/ Laurie Smith Camp
**United States District Judge**